**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KEVIN NEIL GLASPIE,** | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 3:11-cv-113-O |
| **LUPE VALDEZ, Dallas Sheriff, and DAVID BROWN, Dallas Police,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court.

**SO ORDERED** on this **24th day** of **October, 2011.**

*[signature]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**